IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

KEITH BAILEY,

        Plaintiff,

v.                                CIVIL ACTION NO. 5:04-0428

WERNER CO., a Pennsylvania corporation,
and LOWE'S OF WEST VIRGINIA, INC.,
a West Virginia corporation,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the plaintiff's motion for summary judgment [Docket 15]. The plaintiff has moved the court "to enter Summary Judgment" that certain "material facts exist without substantial controversy." For the following reasons, the motion [Docket 15] is hereby **DENIED**.

**I. Standard of Review**

To obtain summary judgment, the moving party must show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P.* 56(c). In considering a motion for summary judgment, the court will not "weigh the evidence and determine the truth of the matter." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986). Instead, the court will draw any permissible inference from the underlying facts in the light most favorable to the nonmoving party. *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 587-88 (1986).

## II. Analysis

In essence, the plaintiff has submitted a list of facts with no supporting evidence other than his own affidavit. The defendant filed a responsive brief that disputed the facts listed in the plaintiff's motion. In addition, the plaintiff has submitted no legal authority to indicate that he is entitled to judgment as a matter of law in accordance with Rule 56(c) of the Federal Rules of Civil Procedure. Accordingly, the briefs submitted to the court indicate: (1) that there is a dispute regarding all of the "material facts" submitted by the plaintiff and (2) that the plaintiff is not entitled to judgment as a matter of law.

The plaintiff's motion for summary judgment [Docket 15] is **DENIED**. The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: April 20, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE